# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MODULAR STEEL SYSTEMS, INC.,** :
    **INC.,**
                                   :
    **Plaintiff**                     **CIVIL ACTION NO. 3:20-1186**
                                   :
  **v**
                                   :        **(JUDGE MANNION)**
**WESTFIELD INSURANCE,**
                                   :
    **Defendant**

# ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Westfield's motion to dismiss, (Doc. 11), is **GRANTED in part** and **DISMISSED AS MOOT in part**.

    a. The motion is **GRANTED** as to Count I of the Amendment Complaint, which is **DISMISSED**. The motion is **DISMISSED AS MOOT** to the extent Westfield seeks to dismiss Count II.

**(2)** The Amended Complaint, (Doc. 7), is **DISMISSED with prejudice**;

**(3)** Westfield's motion to enforce a subpoena and compel production, (Doc. 34), is **DISMISSED AS MOOT**; and

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

                                         *s/ Malachy E. Mannion*
                                         **MALACHY E. MANNION**
                                         **United States District Judge**

**DATED: March 19, 2021**
**20-1186-01-ORDER**