UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1766

_____

MODULAR STEEL SYSTEMS INC.,
Appellant

v.

WESTFIELD INSURANCE

_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(D.C. No. 3-20-cv-01186)
District Judge:  Honorable Malachy E. Mannion

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
March 18, 2022

Before:   JORDAN, KRAUSE, and PORTER, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the District Court for the
Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R.
34.1(a) on March 18, 2022.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED that the Order of the District Court entered on March 19, 2021, is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Costs to be borne by Appellant.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk

DATE:  March 21, 2022